# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 13-31049
USDC No. 2:12-CV-2683

CHRIS POLIZZI,

                Petitioner-Appellant

v.

BURL CAIN, WARDEN, LOUISIANA STATE PENITENTIARY,

                Respondent-Appellee

Appeal from the United States District Court
for the Eastern District of Louisiana

O R D E R:

    Chris Polizzi, Louisiana prisoner # 272443, seeks a certificate of appealability (COA) to appeal the district court's dismissal of his 28 U.S.C. § 2254 application for a writ of habeas corpus as barred by the one-year statute of limitations set forth in § 2244(d). In that application, Polizzi challenged his state court convictions and sentences for forcible rape of a juvenile and oral sexual battery upon a juvenile.

    This court will issue a COA only if Polizzi has "made a substantial showing of the denial of a constitutional right." § 2253(c)(2). When the district court's denial of § 2254 relief is based on procedural grounds without analysis of the underlying constitutional claims, "a COA should issue when the prisoner shows, at least, that jurists of reason would find it debatable whether the

petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

Polizzi has not adequately argued, much less made a credible showing, that the district court erred in dismissing his § 2254 application as time barred. He contends that the district court should consider his untimely application because he is actually innocent and its failure to do so will result in a miscarriage of justice. However, his conclusory allegations of innocence, unsupported by new evidence, are insufficient to establish that it is more likely than not that no reasonable juror would have found him guilty beyond a reasonable doubt. *See Schlup v. Delo*, 513 U.S. 298, 324-25, 327 (1995).

Polizzi has not shown that jurists of reason would debate the district court's dismissal of his application. *See Slack*, 529 U.S. at 484. His motion for a COA is DENIED.

/s/ E. Grady Jolly

_____
E. GRADY JOLLY
UNITED STATES CIRCUIT JUDGE